FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| HEATHER BARR, | No. 2:22-CV-00061-MKD |
|---|---|
| Plaintiff, | ORDER ON STIPULATION AND DISMISSAL |
| vs. | |
| STANDARD FIRE INSURANCE COMPANY, a foreign entity, | **ECF No. 12** |
| Defendant. | |

Before the Court is the parties' Stipulation and Dismissal, ECF No. 12. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.  The parties agree to dismissal with prejudice with no award of costs or fees.

Accordingly, **IT IS ORDERED:**

ORDER ON NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c) - 1

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' Stipulation and Dismissal, **ECF No. 12** this matter is **DISMISSED with prejudice** and all parties are to bear their own costs and attorneys' fees.

2. Any pending motions, if any, are **DENIED AS MOOT.**

3. All pending dates and deadlines, if any, are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED March 13, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c) - 2